# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4016 | **DATE** | 7/9/2012 |
| **CASE TITLE** | Rozman Legal Group, P.C. vs. Legalzoom.com, Inc | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Legalzoom.com, Inc.'s motion to dismiss the complaint of Rozman Legal Group, P.C., pursuant to Federal Rule of Civil Procedure 12(b)(6) [7] is granted. Case is dismissed without prejudice to arbitration/mediation proceedings. Status hearing set for 7/24/2012 is stricken.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|